# IN THE FEDERAL DISTRICT COURT of NEBRASKA

1. This is Dylan Thomas and I am filing a pro se civil cause of action today January 1st 2026, against The Lincoln Regional Center. Thomas J. Lincoln Regional Center et al (2026) on the grounds that they are violating my First Amendment Constitutional Rights to Freedom of Speech, Expression, and Assembly. In particular I am suing LRC Program Director Dr. Shawn Curtis, APRN Jeffery Austin, and Social Worker Kaitlyn Liss as well as The Lincoln Regional Center itself. If I Can. I am a legal layman requesting the Court to proceed in forma pauperis. Please construe my Complaints liberally. And waive as many fees as possible for I am destitute. I Know not the proper format except to stay within the margins and number the pages.

2. So, here's what's happening. In 2024 I alerted my Treatment Team Comprised of the aforementioned Defendants that I wrote a book and was launching podcasts to promote this book and to share my powerful and compelling Testimony over the Internet in the Public Arena to raise awareness of my fellow citizens who have a right to Know what the Centers of Power are doing often in their very Name without their Knowledge or Consent.

1/4

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 1 2 2026

OFFICE OF THE CLERK

I have the First Amendment Right to speak freely in the Public Arena. I do not have to justify myself or beg for permission to exercise my Constitutional Rights. My Treatment Team was aware that I was recording content for my Podcasts and sending thousands of dollars to my Producer, who wishes to remain anonymous, all of 2024 and 2025. Without any issue. Totally fine. Approved. Even encouraged. Until my Podcasts finally launched on SoundCloud and YouTube. They are, "Dylan Thomas Live From the Looney Bin", and, "The Dylan Thomas Podcast" and I told my Treatment Team and the LRC Administration to check them out. And they HATED it! And immediately and abruptly severed lines of communication with my Producer. Which is fundamentally why I am suing. They blocked his phone number. I demand that this Court intervene and force them to unblock my Producers phone number. I am not seeking money. I am simply seeking Justice!

3   The LRC claims that me operating Podcasts in my free time over the telephone, "Interferes with Treatment" which is absurd and false. An Anti-Fact. These people are lying. And I cannot pinpoint exactly who is doing this. I demanded those responsible to come forward and provide their flimsy argument in writing. They refuse to do so.

2/4

4 I also demanded records of my Group Attendance, Group Participation,
Group Facilitator Progress Notes, and Medication Compliance which are
all 100% from April 2021 to present. Negating their argument that
exercising my Constitutional Rights, "Interferes With Treatment." They
initially provided me with a Consent To Release Confidential Medical Records
which I filled out and signed in order to retrieve these documents
proving my claim. But then suddenly they disregarded that and stated
that, "Only my attorney can obtain these records" which is another lie!
These criminals play dirty. The American Character. I must make public
my Testimony of The American Experience for several legitimate reasons.

5 In essence, The Lincoln Regional Center is misusing and abusing their
illegitimate Medical Authority in an illegal effort to undermine my
Constitutionally guaranteed Rights and silence my critical voice of reason
and dissent. They allowed it all of 2024 and 2025. Until they
heard it. They did not like or agree with what I was saying.
So they shut it down over the content. For now. I have
exhausted all other remedies and beg The High Court to intervene
on my behalf and restore the Rule of Law. The Constitution is The Supreme
Law of The Land superceeding all other laws and statutes. And anyone who

3/4

attempts to subvert the Constitution is a traitor and should be arrested and tried for Treason and put to DEATH. I ask this Court to force the Defendants to obey the Law and allow me access to my own Medical Information in order to build this case against them. I ask this Court to force the Defendants to Comply with my demands that they put their argument against me in writing and identify themselves by Signature thus making them liable outside of the wall of Anonymity they are hiding behind. I ask this Court to force the Defendants to re-allow me to Continue operating my Podcasts in my free time over the telephone unimpeded which requires the unblocking of my Producers phone number. I apologize to the Courts in advance for washing your precious time with these matters.

6   The Defendants fail to understand the severity of Constitutional Rights violations. Rights violations hurt people. And no one is allowed to hurt me ever again. Thank You For Your Time. See: Cape Fear-Destitute

In Solidarity,
Pursuant to Social Justice.
- Dylan A. Thomas
January 1st 2026

4/4

1/2

## TEAM REQUEST

PATIENT: Dylan T.          UNIT: S-4          DATE: 11/06/2025

REQUEST: **T.P.R. CONTENTIONS**

1) I am to be free from abuse, neglect, and retaliation.

2) Is the Administration who I have never met and probably will never meet any safer now that I have been moved into harms way onto S-4 Intake Ward where Patient Employees aren't even allowed to clean due to risk factors and safety concerns?

3) I am allowed to exercise my First Amendment Rights. I am allowed to speak freely in the Public Arena. I am obligated to alert the Authorities and the Public who have "A Right To Know" about psychotic injustices and Abuses of Power Visited upon me in and outside of institutions including this one across the country for years in a row. I am allowed to Name those who Violated my rights and hurt me.

4) No one is going to abuse their illegitimate and weaponized medical authority in an illegal effort to attempt to silence my Testimony as a Trauma Victim and as a Physical Witness to High Crimes and Misdemeanors Committed by the Criminal State.

RESPONSE

1) Thanks for letting us know.

2) Sorry, I can't answer this question.

3) Thanks for letting us know.

4) Thanks for letting us know.

5) Your sister's number has been added back on your phone list, but not the other individual.

6) Thanks for letting us know.

kc 11/7/25.

# TEAM REQUEST

PATIENT: Dylan T.     UNIT: S-3     DATE: 11/23/2025

REQUEST:

I require: Group Attendance Records from April 2021 to present. Along with TPR/Group Leader Notes about my participation from April 2021 to present. As well as Documentation about Medication Compliance from April 2021 to present. For Legal Purposes.

Dylan, I will get you the form for requesting access to your protected health information. Also, if it's for legal purposes, your attorney can certainly request those records as well. Thanks—KL—11/24/25.

# TEAM REQUEST

PATIENT: Dylan T.          UNIT: S-3      DATE: 11/25/2025

REQUEST: To: Dr. Curtis & Treatment Team

I was told that I cannot call my Producer or operate a Podcast because it, "Interferes With Treatment." I need that in writing.

See: Mario Savio - Bodies Upon The Gears

Berkeley 1964. Students Freedom of Speech Movement.

I need that in writing. Now!

Thank You.

Shared with your treatment team.

Thanks KL - 12/1/25.

# TEAM REQUEST

PATIENT: Dillon Thomas          UNIT: S-3          DATE: 12/04/2025

REQUEST: To: Dr. Curtis & Treatment Team

I require records of: Group Attendance and Process notes and
100% Medication Compliance. And most importantly I require your argument
as to why I cannot operate Podcasts in my free time. IN WRITING.
I demand records going back from APRN 2021 to present.
I need to remain in contact with my Producer in order to write Political
Columns for SubStack.com. He is also running my new Twitter/X Account.
We are starting a GoFundMe. So, UNBLOCK THIS PHONE NUMBER.
I must keep up Digital Appearances! So, as to further develop
my Political Personality and Promote my Music and my first book.
in The Public Arena.

I am about to sue you all. With the exception of Dr. Hollister
and Kari C. Which will create a Conflict of Interest legally prohibiting
us from interacting. So, Pick a new Treatment Team for me right now.

RESPONSE:

Assign a new Psychologist a new APRN and make Kari C. my new Social Worker.
See you in Federal Court for Constitutional Rights Violations. Very Serious.
Not County Court. Not State Court (Federal Court. Very Serious. Indeed.

Your attorney must request records. No
changes will be made with your contacts
at this time. Thanks for sharing the rest
of the information.
KC-12/5/25

# TEAM REQUEST

PATIENT: Dylan Thomas        UNIT: S-3        DATE: 12/04/2025

REQUEST: To Dr. Curtis & Treatment Team

My Top Priority is not to get released to years of Step Down Transition
Secure Psych Residances and Hutrical Houses only to be restricted to
the State of nebraska forever away from my family. After being
Warehoused here for over half a decade. No. My goals are to protect
myself from further Police Brutality and to reach out to other suffering
Victims of State Repression via my Podcast, and to correct my
Misdiagnosis and be released UNCONDITIONALLY off N.B.R.I.
You misdiagnosed, mismedicated, and malpracticed me and then pICeeded
to violate my Constitutional Rights. No one made you do that
that is just who you are. The American Character.
I am building a case against you for Federal Court.
I am not a "Paranoid Delusional Schizophrenic Drug Addict" and
I will not be calling a Piss Test Hotline every morning for the
rest of my life. I will re-unite with my family in New York

RESPONSE:

Thanks for sharing this with your treatment
team.

KC - 12/5/25

# TEAM REQUEST

**PATIENT:** Dylan Thomas    **UNIT:** S-3    **DATE:** 12/04/2025

**REQUEST:** To: Dr. Curtis, & Treatment Team
You claim to represent The Nanny State and have taken on a,
"Parental Role" over my Life. Well you are Agents of Injustice working
for The Criminal State and I am reaching out to the equivalent of
Child Protective Services. In this case the federal District Court of Nebraska,
Rights violations hurt people. Malpractice hurts people. We will settle this
in Court. The High Courts. Your actions will be made Public and subject
to scrutiny. I shouldn't warn you. Nor should I have to justify myself.
UNBLOCK MY PRODUCERS PHONE NUMBER AND DISCHARGE
ME UNCONDITIONALLY. OFF N.R.R.I. Legal Status
So that I can re-unite with my Family in New York. I have
missed enough funerals. See: Cape Fear - Destitute

See you in Court.

**RESPONSE:**
Thanks for sharing all this information
with your treatment team.

KC-12/5/25.

# TEAM REQUEST

PATIENT: Dylan Thomas          UNIT: S-3      DATE: 12/04/2025

REQUEST: To: Dr. Curtis & Treatment Team

I am really suing you in Federal Court and so you really cannot
interact with me until these matters are legally resolved. And Case Law
moves really slowly.

See: The Tort of Outrage!

RESPONSE:

Thanks for sharing all this information
with your treatment team.

KC - 12/5/25



Mark,

This is Dylan Thomas and I am filing a lawsuit in Federal District Court against LRC Program Director Dr. Shawn Curtis, APRN Jeffery Austin, and Social Worker Kaitlyn Liss. Thomas V. Lincoln Regional Center et/al (2026) Creating a Conflict of Interest legally prohibiting us from interacting with one another until this matter is settled. Forcing the LRC to give me a whole new, "Treatment Team." I am suing them on the grounds that they are violating my First Amendment Constitutional Rights to Freedom of Speech, Assembly, and Expression. They are blocking my Producers Phone number in an illegal effort to bring to a halt my Podcasts, "Dylan Thomas Live From The Looney Bin" and "The Dylan Thomas Podcast" on the platforms Sound Cloud and YouTube, respectively. My Producer, who wishes to remain anonymous, acts as my Political Advisor and manages my Podcasts and Social Media accounts. The LRC and the aforementioned Defendants claim that my operating Podcasts in my free time over the telephone, "Interferes with treatment." Which is absurd. And false. They are misusing and abusing their illegitimate medical authority. They are silencing my Powerful and Compelling Testimony in The Public Arena over The Internet. My fellow Citizens have, "A Right To Know" what The Criminal State is doing

1

I will save you time Mr. Malousek, I need your help destroying this Civil Cause of Action. I am not seeking money. I am seeking Justice! All I want is for them to obey the (Supreme) Law of The Land and unblock my Producers phone number and allow me to continue operating my Podcasts over the telephone unimpeded. I can prove 100% Group Attendance, Group Participation, and Medication Compliance from April 2021 to present. Negating their argument that my Podcasts, "Interferer with treatment." Please assist. Thank You For Your Time.

In Solidarity,
Pursuant To Social Justice.
The Correctivist,
- Dylan A. Thomas
November 27th 2025

2

To: Administration & Treatment Team

From: Dylan A. Thomas

Date: 11/30/2025

Contents: Thomas J. Lincoln Regional Center

UNBLOCK my Producer's phone number and stop violating my First Amendment Right to Freedom of Speech and Expression. Immediately. I am preparing to sue you in Federal Court and I am going to win. Now provide me with Medical Records Showing 100% Medication Compliance and Documentation of Group Attendance and Participation from April 2021 to present. Regarding your argument that operating a Podcast over the telephone in my free time, "Interferes with Treatment." My Family, Attorney, and I demand that in writing. Who the fuck is blocking my communications and lying? We demand your name(s). We demand the Statement, "Interferes with Treatment" in Writing to Submit as Exhibits to the Federal District Court of Nebraska. Right Now. Rights violations hurt people. The Constitution is the Supreme Law of the Land Superseding all other laws and statutes. You clearly do not understand how Serious of a Fuck Up this is. Anyone who attempts to subvert the Constitution is a Traitor and should be arrested and tried for Treason and put to DEATH.

If you do not unblock my Producers phone number and respect my Constitutional Rights to share my Powerful and compelling testimony in the Public Arena over the Internet right now then I will have no choice but to force you to do so by filing a Lawsuit against you in Federal Court which will create a Conflict of Interest between us legally prohibiting us from interacting with one another until this matter is settled. Case Law moves slowly. Comply. Now. Or later. The choice is yours. Either way my Producer's phone number will be unblocked and I will continue to speak freely and unimpeded to my fellow citizens who have, "A Right to Know" what Power is doing! Over "The Dylan Thomas Podcast" and, "Dylan Thomas Live from the Looney Bin" on the Platforms YouTube and Sound Cloud, respectively. I am who I say I am. And everyone is going to recognize and respect that!

To Whom It May Concern,

This is Dylan A. Thomas. Writing you because I have several qualms and concerns. I insist you read: "The Shadow Penal System" article by Rachel Aviv about the cult, "Teen Challenge Rehab" which has spread to over 70 countries worldwide. They are extremely dangerous! And they harassed and assailed me like Scientologists across this country for years in a row alongside Law Enforcement. This is but one component of Google's radically illegal and UnConstitutional Social Credit System abuse of Targeted Individuals. It appears to be The Criminal Christian Right which is tax exempt Concentrated Wealth and Power who are doing this. The Criminal Christian Sector of this fully Corrupted Government has fused with Silicon Valley and The Military and the Police to form The Military-Industrial Security and Surveillance Police State. The People In Power Are NOT Your Friends! And They Know Everything About You. We live under a species of Corporate Totalitarianism and a perverted mutation of Global Casino Capitalism. There is no Privacy in The Post-Constitutional Era of The Digital Age. There are no Checks and Balances. There is no Free Press or Freedom of Speech. We are no longer Safe in our persons, places, and effects. This is not Laisse faire Capitalism. Almost everything we were taught in The School to Prison Pipeline was a lie!

1

I have been Red-Flagged; Singled-out, and targeted by The Criminal State. State Repression and State-Sponsored Terrorism manifests itself in this Country as a form of Christian fascism. I have been wrongfully Condemned as, "Terrorist" and as "Domestic Terrorist" and have been placed onto Homeland Securitys illegitimate, "Terrorist Watch List" and, "Terrorist Kill List." Prima facia fantastical to you perhaps. But very real for the victims. Any State that deploys Full-Spectrum Dominance against its own citizenry is NOT a Free State. When your Government watches you 24 hours a day one cannot use the word, "Freedom." One must use the word, "Slavery." That is the relationship between a Master and a Slave. If you think that you are innocent of that you have nothing to hide then you do not understand what is happening. There is a massive Military Surveillance Operation underway. You are ALL Potential Suspects and there is a Profile being built on everyone of you. There is nothing, "Paranoid" or, "Delusional" or, "Schizophrenic" happening here. This is all very real. I am currently an Involuntarily Committed Person in a Mental Institution. Which automatically assassinates my character. How convenient. I have been disappeared a Non-Person less than a Second Class Citizen in The Medical Mafias For-Profit Psychiatric System.

2

Why am I here? Because The Criminal State, threw everything they had at me "for Building a Persona on The Internet and for Waking People Up!" According to two Unknown Confidential Informants who infiltrated Douglas County Corrections upon my arrest from Bergan Mercy Hospital July 1st 2020. The SWAT Team simultaneously raided my Childhood Home that was under years of Federal Surveillance and terrorized my Parents with loaded long-barreled weapons even though they knew I wasn't Home. I was arrested by another Confidential Informant /M Douglas County Corrections with a Smile and, "Now you're a Terrorist!" Upon arrival. Because I finally SNAPPED a Psychiatric Casualty and Shot an empty Police Cruiser and the front door of a House at night. And then I told on myself and turned myself in to The Hospital and waited to be arrested. I committed, "Life Suicide". After years of relentless and sophisticated torture techniques I Psychologically Collapsed. By Design. "We'll Break You." Said a Federal Spook in Denver Colorado in 2017. The, "Active Attack" against me began in 2014. And in 2020 they finally broke me. That is Why I am here. Not because I am, "A Schizophrenic Mentally Ill Dangerous Violent Person" as The Criminal State So eloquently defines me. But because of a Concerted Federal Effort to destroy My Life. It happens to The Best of Us.

3

The Powers That Be are targeting The Best and Brightest Among You for Surveillance and Disruption and Assassination. They tried very hard to force a Suicide and entrap and imprison me and assassinate my character and murder me. Beyond all bounds of decency. Beyond that which any normal person should ever be expected to tolerate in a civilized Society. No one could have endured what I was subjected to and remained intact. No one! Anyone can be broken. The Nazis proved this with a simple drop of water on the forehead. Over and over. And over. And over. This will eventually drive any person INSANE! I was deliberately driven MAD! MK-ULTRA. COINTELPRO. GANGSTALKING. Call it what you will. It happened to me. These are Psychological Torture Programs. And Clandestine Counter-Intelligence Operations under the false pretense of a Domestic Terrorism Investigation. These things happen. Why is The Burden of Proof on The Victim?. Why do I have to attempt to explain why this is happening to me. I don't Know because I am not a Psychopathic Pentachostal Government Spook who preys on vulnerable and innocent Activists, Researchers, Political Dissidents, Radical Intellectuals, Whistleblowers and Witnesses.

4

I Would never do what was done to me to another human being. Because I am better than you people. I can use deductive reasoning and draw some plausible conclusions. Um. I am a Physical Witness to War Crimes. So, that makes me a Loose End. Read my book. Tune in to my Podcasts, "Dylan Thomas Live From The Looney Bin" and, "The Dylan Thomas Podcast" on Sound Cloud and YouTube respectively. The Administration and other medical Professionals in positions of trust in this Psychopathic and unapologetic institution, Warehousing me for non-medical reasons for going on half a decade now, continue to Misdiagnose, mismedicate, and malpractice me in an assembly line fashion. Now they are using their illegitimate and weaponized medical authority in an illegal effort to silence my voice in The Public Arena. They are violating my Constitutional Rights by blocking my Producers phone number in an attempt to shut down my Podcasts. My Testimony has to get out there. Rights violations hurt People. And no one is allowed to hurt me ever again. I have survived every form of abuse and style of violence that exist. I inevitably SNAPPED and popped shots at my oppressors property with a pistol. Like an Anglo Saxon Aryan White Man. Because that's what guns are for! In Real Life.

5

The Truth Always Comes Out! But often too late. Evil is Perfect.
I am roadblocked/at every turn. The American Experience. All I can
Say is I told you so. And it can happen to You because it happened to me!
And nobody listened. And nobody learned. And few believed me. And even less cared.
And no one helped me. You can Kill everyone I have ever met save my family
and The Top Journalist On Earth, Chris Hedges, who told me, "Keep Resisting Dylan"
when I met him in Omaha Nebracka in 2015. Well I did. (And now) I
am here. And I am still resisting! None of these peoples Lives matter.
Not one thought that bounced around their little brains ever mattered.
What really matters is the Continued effort to develop and organize active
dedicated popular movements that will Continue to struggle constantly for what
has to be done. I happen to Know what to do. And I am doing it.
That is why I am here.
See. Chris Hedges On Jeremy Hammond Sentencing (5min 50sec)
See: Sicx-I Was Taught

In Solidarity,
Pursuant To Social Justice.
The Correctivist,
- Dylan A. Thomas
November 13th 2025

6

1) **Mario Savio | Bodies Upon The Gears**
2) **Chris Hedges speaking at Occupy Wall Street: Radical movements keep this country honest!**
3) **Chris Hedges speaking at Occupy Wall Street: Part 2 - Q and A**
4) **Chris Hedges at Teach In on War on Capitol Hill**
5) **Chris Hedges | Snowden Debate | Oxford Union**
6) **Chris Hedges on Jeremy Hammond Sentencing (5 min 50 sec)**
7) **Chris Hedges addresses Occupy Harvard November 28 2011 (part 1)**
8) **Ralph Nader on How He Came to Write: "Unsafe at Any Speed"**
9) **Ralph Nader | Political Activist | This Week | 1971**
10) **Chomsky on the Black Panthers and Cointelpro**
11) **Noam Chomsky on Hitler, Slavery, and Stalinism**
12) **Noam Chomsky - Fascism and Corporate Capitalism**
13) **Chris Hedges on America's Prison System**
14) **Chris Hedges on What it Takes to be a Rebel in Modern Times**
15) **Chris Hedges: Sacrifice Zones of America**
16) **American Fascists | Chris Hedges**
17) **Chris Hedges: Full Spectrum Dominance**
18) **The Chris Hedges Report: Noam Chomsky, Pt 1**
19) **The Chris Hedges Report: Noam Chomsky, Pt 2**
20) **Noam Chomsky on Secrecy, Terrorism and Google**
21) **Common Sense - Thomas Paine - Left Forum: Chris Hedges, Cornel West & Richard Wolff (2014)**
22) **Noam Chomsky and Kathleen Cleaver on The 1960s, Black Panthers, COINTELPRO, Watergate 1997**
23) **NSA Whistleblower William Binney interviewed by Richard Grove | Tragedy and Hope**
24) **Cops Gone Wild Domestic Terrorist Edition Full Documentary HD**
25) **Chris Hedges and Cornel West in Conversation Wages of Rebellion The New School**
26) **Chris Hedges and Sheldon Wolin: Can Capitalism and Democracy Coexist? Full Version**
27) **Noam Chomsky 1997 On Propaganda RARE Video!**
28) **Urban Poverty in America Made Me Question Everything - Chris Hedges on Reality Asserts Itself (1/7)**
29) **Glenn Greenwald and Noam Chomsky discuss Edward Snowden and the NSA**
30) **Cornel West and Chris Hedges discuss Bradley Manning verdict**
31) **AMERICAN PSYCHOSIS: Chris Hedges // American Canary / Cinematic Whistleblowing**
32) **Institutionalizing Lawlessness: Systematically Subverting Markets**
33) **Nader and Fein at HLS: "America's Lawless Empire: The Constitutional Crimes of Bush and Obama"**
34) **Ralph Nader: How You Can Change America**
35) **TalkingStickTV - Chris Hedges - War is a Force That Gives Us Meaning**

## TO THE COURT

This is Dylan Thomas writing you because my First Amendment Rights to Freedom of Speech, Freedom of Expression, Freedom of Assembly, and The Freedom to Participate in a Free Press are all being violated by Members of The Lincoln Regional Center.

**RECEIVED**

JAN 1 2 2026

CLERK
U.S. DISTRICT COURT

## TO THE COURT

Enclosed is my 4 page Lawsuit. Attached are 18 pages of supporting documents for the purpose of providing much needed missing supplemental context. I wish to paint a picture and create a framework of understanding before we proceed. The Lincoln Regional Center plays dirty. For instance, a fellow patient named Jesse Lammers who got an injunction passed in his county against the Corona Virus Mask Mandate and who sparked length ease got, "The Jailhouse Lawyers Handbook" in here. I purchased a copy of NOLO's textbook, "How To Represent Yourself In Court" and we exchanged knowledge. So, The LRC put us on a, "Peer Restriction" forbidding us from interacting with one another. The LRC also attempted to confiscate my textbook! The LRC severed my lines of communication with past or present patients and inmates in Correctional facilities including my first cousin. The LRC blocked my Producers phone number because they did not like or agree with the content of my Podcasts. The LRC misdiagnosed, mismedicated, and malpracticed me. And continues to do so. I recently gave the LRC Administration a piece of my mind. They did not appreciate my incendiary language. So, they banished me to a volitle and violent Intake Ward putting me into harms way in retaliation for, "thought crimes" essentially. On and on and on in this regard. You see. How rude. And unprofessional. And un-ethical. And illegal. Let's begin. Shall we?

## PREFACE

## TO THE COURT

But wait! There's more! UPDATE! This just in! They have imposed new Sanctions upon me since I began drafting this document. In secret. I noticed red letters next to my name on a Techs clipboard. I asked what it was. The Tech showed me. It read, "DO NOT APPROVE MAIL" and, "ALL MAIL MUST GO THROUGH SOCIAL WORKER." They are Differing through my out-going mail again without my Knowledge or Consent. I do not consent to them Reading my Legal Mail. Especially this lawsuit against them. I was informed the other day that I, "Cannot leave Voice Mails or hold or read any papers while on the Phone." I submitted a Team Request demanding a List of Restrictions, The Bill of Rights, and the Constitution. Also, for the Record. In the past, APRN Mike Streeter Cornered me when I alerted them that I was taking legal action against APRN Najeeb a few years ago. He Cornered me and ordered me to, "Keep the Courts out of this" and then pulled me out back outside and said, "I'm very direct. I'll give you a shot." (I'm) An injection. Against my Will. I filed my last lawsuit despite this intimidation. APRN Jeffery Austin undermined a Court Order permitting one monthly thirty minute visitations with my dying Soul Dog Child Winston because we did not like or agree with some things I said. I only saw Winston 4 times instead of 6. And then he died. R.I.P.

PREFACE #2

## TO THE COURT

There is clearly an intense level of obstruction here. I have read the Legal Statutes regarding N.R.R.I. and it states that the Constitution must be honored and upheld. Not vandalized daily! As they are doing. Look. People are abused here, people are malpracticed here. All of the time. Every day. **Off The Chain!** for example, a fellow Patient named Reynaldo Lopez was beaten badly while he was subdued in a restraint chair. Summer of 2025. He approached me and asked for legal help. I referred him to my Private Attorney for I am not a lawyer. Anyways. I helped him in the interim. We filled out a Consent To Release Medical Information form. Requesting: Photos and Videos of the Incident, Medical Records and other Documentation of the Incident, and the Status of the LRC and DHHS Internal Affairs Investigation. They found Reynaldo Lopez "Competent" and Seperated us immediately! They rushed me off The Ward and moved me to another one. Within days Reynaldo Lopez was GONE. Back to jail. Look. I have been Warehoused here at this Detention Center for half a decade. Two Patients have DIED as a direct result of Medical Malpractice and Criminal Negligence Resulting In Injury and Death! Jared Brooks who had Terminal Stage 4 Cancer which they missed. And Cleovy Cornelious who died of "Cardiac Complications." Welcome to the Lincoln Regional Center...

PREFACE #3

## TO THE COURT

Furthermore and finally I should add that myself and a fellow Patient Employee were confronted with an unjust ultimatum a few months ago. "Piss or you're fired!" we were ordered. We argued that we have a "Right to Refuse" all Bloodwork, U.A.s and Flu Shots / Vaccines. Per Disability Rights Nebraska. Once again, The LRC disregarded and violated our rights. Rights violations hurt people. Anyways. We had nothing to hide. So we eventually produced a U.A. We passed the forced Drug Test. We argued that no where in our Patient Employee Contract did it specify that we would ever be subjected to U.A.s. So. They simply altered our Patient Employee Contracts to include Random U.A.s and forced us to sign them or else we were fired. Again. There is an element of Coercion and intimidation here. This is NOT a Therapeutic Environment! These are Medical Professionals in positions of trust taking advantage of and mistreating vulnerable Adults under their care. I hope to have given you a glimpse of the inner-workings and Corruption of Power within this Prosecutorial State Instrumentality that is The Lincoln Regional Center.

PREFACE #4

My Name is Dylan Thomas and I am the author of the book:

" NSA GANGSTALKING A EUPHEMISM FOR CORPORATE CHRISTIAN TERRORISM
NEW DIMENSIONS OF AMERICAN EVIL AND GOOGLES SOCIAL CREDIT SYSTEM
ABUSE OF TARGETED INDIVIDUALS IN THE PRISM PROGRAM "

Which I am promoting over my Podcasts which conceivably qualify as Alternative Media Outlets.
Available soon for Free Download in . PDF Format!

My Testimony has to get out there!

Please take care and do not make typing and spelling errors with this lawsuit like last time.
And please include the title of my book and the names of my Podcasts for the Public Record in your
Judicial Opinion.

" Dylan Thomas Live From The Looney Bin " and, " The Dylan Thomas Podcast "

Thank You For Your Time.

OUTRO



Dylan A. <Thomas
LRC
8011 West Prospector Place
Lincoln, NE 68522

RECEIVED
JAN 12 2026
CLERK
U.S. DISTRICT COURT

The Clerk of Court
Federal Court House
111 South 18th Plaza
Omaha, NE 68102

1/01/2026

APPROVED
Registered Mail mfg
12/30/2025
VC - 1/12/26