IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DYLAN A. THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LINCOLN REGIONAL CENTER, DR. SHAWN CURTIS, LRC Program Director; JEFFERY AUSTILE, APRN; and KAITLYN LISS, Social Worker;<br><br>　　　　　　Defendants. | **8:26CV26**<br><br>**AMENDED MEMORANDUM AND ORDER** |

　　This matter is before the Court on its own motion and to amend its previous Memorandum and Order entered January 16, 2026. Plaintiff filed a Complaint, Filing No. 1, on January 12, 2026. However, Plaintiff failed to include the $405.00 filing and administrative fees. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis ("IFP").[1] Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

---

[1] In its January 16, 2026, Memorandum and Order, the Court mistakenly advised Plaintiff that he would be required to pay the full amount of the Court's $350 filing fee pursuant to the Prison Litigation Reform Act ("PLRA") even if he is proceeding IFP. *See* Filing No. 4 at 1 n.1 (citing 28 U.S.C. § 1915(b)). However, Plaintiff's Complaint indicates he is involuntarily committed to a state mental institution. Filing No. 1 at 17. Thus, Plaintiff is not a "prisoner" within the meaning of the PLRA. *See Reed v. Clarke*, No. 4:04CV3168, 2005 WL 1075092, at *1 n.1 (D. Neb. May 5, 2005) ("The plaintiff is presently in the Lincoln Regional Center pursuant to a mental health commitment. The Prison Litigation Reform Act ('PLRA') does not apply to persons in custody pursuant to the Mental Health Commitment Act, as the definition of 'prisoner' in the PLRA does not include a person involuntarily committed for reasons of mental health.") (citing *Kolocotronis v. Morgan*, 247 F.3d 726, 728 (8th Cir.2001)). So, to be clear, if Plaintiff is granted leave to proceed IFP in this case, he would not have to pay the Court's $350 filing fee.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to terminate the previous pro se case management deadline of February 17, 2026, and set a new pro se case management deadline in this matter with the following text: **February 19, 2026**: Check for MIFP or payment.

Dated this 20th day of January, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge